UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Christopher Daniels    Plaintiff(s),

-v-                    Case No.

Montgomery's CarpetsPlus, Inc., and Michael Montgomery    Defendant(s)

**AFFIDAVIT OF INDIGENCY**

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, Christopher Daniels, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: This is an action for unpaid wages under the Fair Labor Standards Act and for breach of contract.

II. RESIDENCE

Affiant's address: 4329 Boggs Street
(Street)

Port Charlotte          FL          33948          -
(City)                  (State)     (Zip Code)

DC 101 (Rev. 1/97)                                Page 1

III. <u>MARITAL STATUS</u>:
1. Single ☐    Married ☑    Separated ☐    Divorced ☐
2. If married, spouse's full name: Margo Abell Daniels

IV. <u>DEPENDENTS</u>:
1. Number: six (6)
2. Relationship to dependent(s): Spouse and children
3. How much money do you contribute to your dependents' support on a monthly basis?
   $ 2,400.00

V. <u>EMPLOYMENT</u>: (Information provided below applies to your present employment or last employment).
1. Name of employer: Superior Carpet & Upholstery Cleaning
   a. address of employer: 214 Wood Street
      (Street)
      Punta Gorda           FL        33950    -
      (City)              (State)    (Zip)
   b. State how long affiant has been (was) employed by present (or last) employer?
      Years: _____    Months: 5 weeks
   c. Income: Monthly $ _____   or   Weekly: $ 600.00
   d. What is (was) the affiant's job title? technician
2. If unemployed, date of last employment: _____
3. Is spouse employed? Yes ☐ No ☑   If so, name of employer: _____
   a. Income: Monthly $ _____   or   Weekly: $ _____
   b. What is spouse's job title? _____
4. Are you and/or your spouse receiving welfare aid? Yes ☑   No ☐
   If so, amount: Monthly $ 552.00   or   Weekly $ _____

VI. <u>FINANCIAL STATUS</u>:
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: homestead

b. Full address: 4329 Boggs Street
   (street)
   Port Charlotte          FL           33948    -
   (City)                  (State)      (Zip)

c. In whose name? Christopher and Margo DAniels

d. Estimated value:                              $  153,000.00

e. Total amount owed:                            $  147,500.00

   Owed to: Wells Fargo              for         $  147,500.00

                                     for         $

f. Annual income from property:                  $  0.00

2. Other assets/property:

   a. Automobile:   Make 2000        Model Dodge Ram Van
      In whose name registered: Christopher and Margo Daniels
      Present value of car:                      $  500.00
      Amount owed:                               $  0.00
      Owed to:

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:   $  5.00

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

      Business, profession, or other forms of
      self employment:                           $  26,007.00

      Rent payments, interest, or dividends:     $
      Pensions, annuities, or life insurance payments  $
      Gifts or inheritances:                     $
      Stocks, bonds, or notes:                   $
      Other sources:                             $

3. Obligations:
   a. Monthly rental on house or apartment:     $
   b. Monthly mortgage payments on house:       $  1,089.93

DC 101 (Rev. 1/97)                                           Page 3

4. Other information pertinent to affiant's financial debts and obligations:

| Direct TV | 122.00 | 122.00 |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| Capital One | 275.00 | 25.00 |
| (Creditor) | (Total debt) | (Monthly payment) |
| Metro PCS | 186.00 | 186.00 |
| (Creditor) | (Total debt) | (Monthly payment) |

Other (explain): Florida Power & Light $273/month; Auto Ins. $107/month; Home Choice Warranty $52/month; Linda Heasche $100/month.

VII. FOR PRISONER AFFIANTS ONLY:

1. Date(s) of incarceration:
2. Estimated release or parole date:
3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit**. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_Christopher Brian Daniels_
Signature of Affiant

STATE OF FLORIDA
COUNTY OF _Sarasota_

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _19th_ DAY OF _May_, 20_13_, BY _Christopher Daniels_
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____
(State type of identification)

AS IDENTIFICATION AND WHO (DID x) (DID NOT ) TAKE AN OATH.

_[signature]_
NOTARY PUBLIC

MY COMMISSION EXPIRES: _11/16/13_

HELENA P. DOWNYOK
MY COMMISSION #DD940663
EXPIRES: NOV 16, 2013
Bonded through 1st State Insurance