# EXHIBIT A

United States District Court
Middle District of Florida
Tampa Division

Christopher Daniels
v.
Montgomery's Carpetsplus, Inc., Michael Montgomery, and Mark Montgomery

CASE NO.: 8:13-cv-1459-VMC-EAJ

_____

Ledger of work performed in **FLSA** claim.*

| Date | Task | Hours |
|---|---|---|
| 5/18/13 | (Sat.) Telephone conference with client (.1); email to client (.1) | .2 |
| 5/19/13 | (Sun.) Initial meeting with client (1.1); complete Affidavit of Indigency (.2) | 1.3 |
| 5/27/13 | Research sunbiz.org regarding defendant company and officers (.1); confirm overtime FLSA statute for citation (.1); initial draft of complaint (1.2). | 1.4 |
| 6/05/13 | Final review of complaint, draft summonses and cover sheet (.3); draft letter to clerk (.1). | .4 |
| 6/06/13 | Review judicial orders; forward to client. | .1 |
| 6/13/13 | Draft Notice of Pendency of other actions. | .1 |
| 6/14/13 | Telephone conference with client (.2); draft USM 285 forms regarding all defendants (.5); draft letter to clerk (.2) | .9 |
| 6/25/13 | Received and reviewed proofs of service (.1); email to client (.1) | .2 |
| 7/03/13 | Emails to and from Attorney Garcia and Hament ("defense counsel") (.2); Meeting with defense counsel (.6). | .8 |
| 7/08/13 | Review paystubs provided by defense and compose Excel spreadsheet of calculation of defense versus plaintiff (2.5); review email offer from defense (.1); telephone conference with client (.1). | 2.7 |
| 7/09/13 | Emails to defense (.3) and client (.2) | .5 |
| 7/10/13 | Draft email to client. | .3 |
| 7/22/13 | Email from and to defense. | .1 |
| 7/24/13 | Review Answer and Affirmative Defenses | .1 |
| 8/02/13 | Email to client. | .2 |

Page 1 of 2

* If an approximate equal time was spent between the two claims during a task (i.e. meeting opposing counsel or client), the time has been divided and allocated to each ledger. If tasks performed were tasks that were required on the FLSA claim, regardless of whether the breach of contract claim was present (ex. Notice of Pendency), the entry is on this FLSA ledger.

Christopher Daniels
v.
Montgomery's Carpetsplus, Inc., Michael Montgomery, and Mark Montgomery
CASE NO.: 8:13-cv-1459-VMC-EAJ

| | | |
|---|---|---|
| 8/9/13 | Review email from client (.1); review client wage documents and Batestamp for production (.3); email defense (.1); review email and disclosures from defense (.2) | .7 |
| 8/12/13 | Draft initial answers of answers to Court's interrogatories (1.5); email to client (.2) | 1.7 |
| 8/16/13 | Review email from client (.1); edit answers to Court's interrogatories (.1). | .2 |
| 8/19/13 | Email to and from client (.2) and defense (.2) | .4 |
| 8/21/13 | Email to and from defense (.1); draft notice of settlement (.1) | .2 |
| 8/22/13 | Draft settlement agreement (1.8) and joint motion for stipulated Judgment (.1); emails to defense (.2); review court's order (.1). | 2.2 |
| 8/27/13 | Received and reviewed proposed changes to settlement agreement by defense (.1); telephone conference with attorney Hultman (.1); edit agreement (.1); email to defense (.1) | .4 |
| 8/30/13 | Email to client. | .1 |
| 9/04/13 | Emails to and from defense. | .2 |
| 9/05/13 | Email from and to client and defense (.2); review defense motion for extension of time (.1) and draft response (.4) | .7 |
| 9/07/13 | Received and reviewed joint motion (.1); Email from and to defense (.1). | .2 |
| | **Total Hours on FLSA claim:** | **16.3** |