**EXHIBIT B**

United States District Court
Middle District of Florida
Tampa Division

Christopher Daniels
v.
Montgomery's Carpetsplus, Inc., Michael Montgomery, and Mark Montgomery

CASE NO.: 8:13-cv-1459-VMC-EAJ

_____

Ledger of work performed in **Breach of Contract** claim.*

| Date | Task | Hours |
|---|---|---|
| 5/19/13 | (Sun.) Initial meeting with client. | .4 |
| 5/27/13 | Review client notes (.2); confirm supplemental jurisdiction statute for citation (.1); initial draft of complaint (.8). | 1.1 |
| 6/13/13 | Email to client. | .1 |
| 6/14/13 | Telephone conference with client | .2 |
| 7/03/13 | Emails to and from Attorney Garcia and Hament (.2); Meeting with Ms. Garcia and Mr. Hament (.6); research presented defenses to breach of contract (issue of letter as contract and court interpretations of time versus intent of parties and additional case law referenced by Mr. Hament) (1.7). | 2.5 |
| 7/10/13 | Draft email to client. | .3 |
| 7/24/13 | Review Answer and Affirmative Defenses | .1 |
| 8/22/13 | Draft settlement agreement. | .6 |
| 8/30/13 | Email to client. | .1 |
| 9/04/13 | Emails to and from defense. | .2 |
| 9/05/13 | Email from and to client. | .1 |
| | **Total Hours on Breach of Contract claim:** | **5.7** |

* If an approximate equal time was spent between the two claims, the time has been divided and allocated to each ledger.